UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISTIAN DAVID RODRIGUEZ SANDOVAL,
A-216-930-644

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE ANNEX, et. al.,

        Respondents.

No.  1:26-cv-02918-DC-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that Petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

The Court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the

---

[1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

appointment of counsel for Petitioner and Petitioner's motion for appointment of counsel will be granted.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Because Petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, Respondents will be directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 21 days from the date of this order. See 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer/return or opposition to the motion to dismiss within 14 days after being served a copy of it.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Petitioner's motion to proceed in forma pauperis, ECF No. 2, is GRANTED and Petitioner is authorized to proceed in forma pauperis without prepayment of the filing fee in this action

2.      Petitioner's motion to appoint counsel, ECF No. 3, is GRANTED and The Federal Defender is appointed to represent Petitioner.

3.      The Clerk of the Court shall serve a copy of this order, along with a copy of the § 2241 petition, on the Federal Defender, Attention: Habeas Appointment.

4.      Within seven (7) days of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to the undersigned's courtroom deputy Jodi Palmer at jpalmer@caed.uscourts.gov, and counsel will be added as counsel for Petitioner.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, within seven days of this Order the Federal Defender shall file a motion to appoint counsel as CJA counsel *pro hac vice*.

5.      Respondents are directed to file a response or motion to dismiss within 21 days. Respondent shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

6.      Petitioner's reply or opposition, if any, is due on or before 14 days from the date Respondents' response is filed.

7.      In order to ensure this court's jurisdiction to resolve the pending § 2241

2

petition, Respondents shall not transfer Petitioner outside of this judicial district, pending further order of the court. See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  April 22, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3