UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISTIAN DAVID RODRIGUEZ
SANDOVAL,
A-216-930-644

        Petitioner,

    v.

WARDEN OF THE GOLDEN STATE
ANNEX, et. al.,

        Respondents.

No.  1:26-cv-02918-DC-DMC-HC

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis.

On April 23, 2026, the Court issued an order granting Petitioner's application for leave to proceed in forma pauperis and granting Petitioner's motion for the appointment of counsel.  See ECF No. 8.  Attorney Benjamin Forrest Hall has been appointed to represent Petitioner.  See ECF No. 9.  Upon further review of the Court's records, Petitioner filed a prior § 2241 habeas petition on March 27, 2026.  See Christian David Rodriguez Sandoval v. Warden, 1:26-cv-2386-DJC-SCR-HC (Sandoval I).  The District Judge granted the petition in Sandoval I on April 8, 2026.  See ECF No. 9 in Sandoval I.  Specifically, the Court directed that Petitioner be

1

provided with a bond hearing within five days.  See id.  On April 23, 2026, Petitioner filed a motion to enforce the Court's judgment in Sandoval I.  See ECF No. 12 in Sandoval I.  That motion remains pending.  In the instant action, Petitioner contends that a bond hearing held on April 2, 2026, apparently pursuant to the Court's order in Sandoval I, was improperly denied.  See ECF No. 1.  It thus appears that the relief requested in the instant action is duplicative of the relief already granted in Sandoval I and which is the subject of the pending motion to enforce the judgment in that prior case.  The Court will, therefore, set aside the portion of the April 23, 2026, order granting appointment of counsel and relieve attorney Hall from representation.  In their response to Petitioner's petition, Respondents shall address whether the instant action should be dismissed as duplicative of Sandoval I.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The portion of the Court's April 23, 2026, order granting Petitioner's motion for the appointment of counsel is VACATED and attorney Hall is relieved as counsel of record.

2.      The Clerk of the Court is directed to update the docket in this case to reflect that Petitioner is proceeding pro se.

3.      Petitioner's motion for the appointment of counsel, ECF No. 3, is DENIED.

4.      The briefing schedule established in the April 23, 2026, order remains in effect.

Dated:  May 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2